# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SIMMS,<br><br>   Petitioner,<br><br>   v.<br><br>JEFF LYNCH,<br><br>   Respondent. | Case No. 2:21-cv-00035-KJM-JDP (HC)<br><br>ORDER DISCHARGING THE JUNE 22, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 14 |

Considering that plaintiff has filed an opposition to respondent's motion to dismiss, ECF No. 15, the June 22, 2021 order to show cause, ECF No. 14, is discharged.

IT IS SO ORDERED.

Dated:   July 21, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE