UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SIMMS, | Case No. 2:21-cv-0035-DJC-JDP (P) |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JEFF LYNCH, | |
| Respondent. | |

      Petitioner, a state prisoner, brought this action under 28 U.S.C. § 2254. ECF No. 1. On October 10, 2023, I recommended that petitioner's petition be denied on the merits, ECF No. 36, which the district judge adopted, ECF No. 38. The court entered judgment on December 1, 2023. ECF No. 39. On February 24, 2025, petitioner filed an untimely appeal. ECF No. 43. Shortly thereafter, he filed an application to proceed *in forma pauperis*.[1] ECF No. 46.

      Federal Rule of Appellate Procedure 24(a) provides that a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court with an attached affidavit that shows "in detail" the party's inability to pay, claims an entitlement to redress, and states the issues the party intends to present on appeal. *See* Fed. R. App. P. 24(a)(1). If a party was permitted to proceed *in forma pauperis* in the district court action, that party generally may

---

[1] This matter was referred to the undersigned by the assigned district judge. ECF No. 47.

1

1   proceed on appeal without further authorization if the appeal is taken in good faith. Fed. R. App.

2   P. 24(a)(3). Since petitioner did not file his petition *in forma pauperis* and instead paid the filing

3   fee, he must make the requisite showing under Rule 24 to proceed *in forma pauperis* on appeal.

4       Petitioner's *in forma pauperis* affidavit does not state either his claims or the issues he

5   intends to present on appeal, as required by Rule 24(a). *See* ECF No. 46. Instead, the application

6   solely addresses petitioner's inability to pay the filing fee. A review of the docket does not reveal

7   what specific claims or issues petitioner intends to present on appeal. Despite petitioner's

8   inability to pay the filing fee, he has failed to comply with the other requirements of Rule 24(a).

9   Thus, his motion should be denied.

10       Accordingly, it is RECOMMENDED that petitioner's application to proceed *in forma*

11   *pauperis*, ECF No. 46, be DENIED. Should these recommendations be adopted, the Clerk of the

12   Court is directed to notify the U.S. Court of Appeals for the Ninth Circuit that this court certifies,

13   pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), that petitioner's application to

14   proceed *in forma pauperis* has been denied and he must therefore seek further authorization from

15   the Court of Appeals pursuant to Federal Rule of Appellate Procedure Rule 24(a)(5) to obtain

16   leave to proceed *in forma pauperis*. *See* Fed. R. App. P. 24 Notes of Advisory Committee on

17   Rules – 1967.

18       These findings and recommendations are submitted to the United States District Judge

19   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

20   after being served with these findings and recommendations, any party may file written

21   objections with the court and serve a copy on all parties. Such a document should be captioned

22   "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

23   objections shall be served and filed within fourteen days after service of the objections. The

24   parties are advised that failure to file objections within the specified time may waive the right to

25   appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

26   *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

27

28

IT IS SO ORDERED.

Dated: ___March 24, 2025___   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE