UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SIMMS,<br><br>        Petitioner,<br><br>    v.<br><br>JEFF LYNCH,<br><br>        Respondent. | Case No.  2:21-cv-0035-DJC-JDP (P)<br><br>ORDER |

      On December 1, 2023, the court denied petitioner's petition on the merits and entered judgment. ECF Nos. 38 & 39. On February 24, 2025, petitioner filed an untimely appeal, ECF No. 43, later accompanied by an application to proceed *in forma pauperis*, ECF No. 46. On March 24, 2025, I recommended that petitioner's application be denied since the affidavit did not comply with the requirements of Federal Rule of Appellate Procedure 24(a). ECF No. 48. I also recommended that the Clerk of the Court be directed to notify the U.S. Court of Appeals for the Ninth Circuit that this court certifies, pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), that petitioner's application to proceed *in forma pauperis* has been denied and he must therefore seek further authorization from the Court of Appeals pursuant to Federal Rule of Appellate Procedure Rule 24(a)(5) to obtain leave to proceed *in forma pauperis*.

      While those recommendations were pending, the Court of Appeals issued an order stating:

1

> The request for a certificate of appealability is denied because the notice of appeal was not timely filed and the district court correctly determined that appellant's motion to extend time for appeal was filed after the jurisdictional deadline had expired. *See* 28 U.S.C. §§ 2107, 2253(c)(2); Fed. R. App. P. 4(a)(5); *Vahan v. Shalala*, 30 F.3d 102, 103 (9th Cir. 1994) (district court lacks authority to grant a motion to extend time for appeal if the motion was filed outside the time limits set by Fed. R. App. P. 4(a)(5)). Any pending motions are denied as moot.

ECF No. 49. In light of the Court of Appeal's order, I will vacate the March 24, 2025 findings and recommendations and direct the Clerk of Court to administratively terminate petitioner's application to proceed *in forma pauperis*.

        Accordingly, it is ORDERED that:

        1. The March 24, 2025 findings and recommendations, ECF No. 48, are vacated.

        2. The Clerk of Court is directed to administratively terminate petitioner's application to proceed *in forma pauperis*, ECF No. 46.

IT IS SO ORDERED.

Dated:   April 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE